**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARSENII MALOLETKOV

     Petitioner,

v.

WARDEN OTERO COUNTY PROCESSING CENTER (A.K.A. DORA CASTRO), in her official capacity as Warden of Otero County Processing Center; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; TODD LYONS in his official capacity as Acting Director Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,

     Respondents.

Case No. 2:26-cv-01115-MIS-JHR

**ORDER VACATING ORDER ENJOINING TRANSFER**

**THIS MATTER** is before the Court on Petitioner Arsenii Maloletkov's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed April 10, 2026. The Court issued the applicable Order to Answer/Show Cause and Order Enjoining Transfer, ECF No. 4, on April 13, 2026.

Respondents Mary De Anda-Ybarra, Todd Lyons, Todd Blanche, and Markwayne Mullin ("Federal Respondents") filed a Motion to Dismiss ("Motion") in Response to the Petition, ECF No. 6, on April 17, 2026.

Counsel for the federal Respondents concede that Petitioner has been granted asylum and ask the Court to "modify the existing Order Enjoining Transfer of Petitioner to effectuate Petitioner's release from custody." Mot. at 1-2.

Given Respondents' concession, the Court finds that its Order Enjoining Transfer, ECF No. 4, is no longer necessary.

Accordingly, it is **HEREBY ORDERED** that:

1. The Court's Order to Answer/Show Cause and Order Enjoining Transfer, ECF No. 4, is **VACATED** to the extent it prohibited Respondents from transferring Petitioner to effectuate his release from custody;

2. Respondents are **ORDERED** to immediately release Petitioner from detention;

3. Respondents **SHALL** also provide the Court with an update apprising the Court of Compliance with this Order by Thursday, April 16, 2026;

4. Upon Respondents' compliance with this Order, the Court will enter a separate order denying Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, as **MOOT**; and

5. Lastly, the Court will retain jurisdiction over this matter to ensure compliance with this Order.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE