**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARSENII MALOLETKOV,

     Petitioner,

v.

DORA CASTRO, Warden of the Otero
County Processing Center; MARY DE
ANDA-YBARRA, El Paso Field Office
Director for Immigration and Customs
Enforcement; TODD LYONS, Acting
Director of Immigration and Customs
Enforcement; TODD BLANCHE, Acting
U.S. Attorney General; and MARKWAYNE
MULLIN, Secretary of the Department of
Homeland Security,

     Respondents.

Case No. 2:26-cv-01115-MIS-JHR

**<u>ORDER GRANTING MOTION TO DISMISS</u>**

THIS MATTER is before the Court on the Federal Respondents' ("Respondents') Motion to Dismiss, ECF No. 6, filed April 17, 2026.  Therein, Respondents state that Petitioner Arsenii Maloletkov has been granted asylum, and although the Government is appealing that decision, they "have decided to allow Petitioner to continue through the appellate phase out of custody." Mot. at 1.  As such, they argue that Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 should be dismissed as moot.  <u>Id.</u> at 2.

On April 20, 2026, the Court issued an Order instructing Respondents to immediately release Petitioner.  ECF No. 7.

On April 21, 2026, Respondents filed a Notice of Compliance stating that Petitioner was released from the Otero County Processing Center on April 20, 2026, at 3:35 pm.  ECF No. 8.

Because Petitioner is no longer "in custody" for purposes of 28 U.S.C. § 2241, it is

**HEREBY ORDERED** that:

1.  Respondents' Motion to Dismiss, ECF No. 6, is **GRANTED**;

2.  Petitioner Arsenii Maloletkov's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED as moot**; and

3.  This case is now **CLOSED**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2